No. 1175. R. V. McGINNIS THEATRES & PAY T. V. INC. *v.* VIDEO INDEPENDENT THEATRES, INC., ET AL. C. A. 10th Cir. Certiorari denied. *Milton Bordwin* for petitioner. *Edward E. Soulé* and *Stanley Godofsky* for respondents Paramount Film Distributing Corp. et al., *Coleman Hayes* for respondent Video Independent Theatres, Inc., and *Pat Malloy* for respondent Delman Theatre Corp.

No. 1144. DONOHO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John J. Hooker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 1165. MOUTON, COLLECTOR OF REVENUE OF LOUISIANA *v.* MISSISSIPPI RIVER FUEL CORP. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Emmett E. Batson* and *Chapman L. Sanford* for petitioner. *Clarence L. Yancey, Clyde R. Brown, C. McVea Oliver* and *Thomas A. Harrell* for respondents.

No. 1193, Misc. BANDY *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Joseph M. Howard* for respondent.

No. 1170. NORMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Francis R. Salazar* for petitioner. *Solicitor General Griswold* for the United States.